Shannon G. Splaine, Esq.
Lincoln Gustafson & Cercos, LLP
7670 W. Lake Mead Blvd.
Suite 200
Las Vegas, NV 89128
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
E-Mail:  ssplaine@lgclawoffice.com
Attorney for Defendant,
Genesis Financial Solutions, Inc.
d/b/a Concora Credit Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RANDALL MERRILL,<br><br>                    Plaintiff,<br><br>v.<br><br>GENESIS FINANCIAL SOLUTIONS,<br>INC. d/b/a CONCORA CREDIT INC.,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)  **Case No.: 2:23-cv-02057-APG-BNW**<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF EXTENSION OF TIME FOR
## GENESIS FINANCIAL SOLUTIONS, INC. d/b/a CONCORA CREDIT INC.,
## TO FILE RESPONSIVE PLEADINGS

NOW COMES Defendant, Genesis Financial Solutions, Inc. d/b/a Concora Credit Inc. ("GFSI"), by and through undersigned counsel, and plaintiff, Randall Merrill ("Plaintiff"), by and through undersigned counsel, who hereby jointly agree and stipulate that GFSI shall have a 21-day extension of time to file responsive pleadings to plaintiff's Complaint, up to and including February 8, 2024.

1

/s/ Michael Yancey
Michael Yancey III, NV #16158
Consumer Attorneys
2300 West Sahara Ave. Suite 800
Las Vegas, NV 89102
E: myancey@consumerattorneys.com
T: (480) 573-9272
F: (718) 715-1750
Attorney for Plaintiff
Randall Merrill

/s/ Shannon G. Splaine
Shannon G. Splaine, Esq.
Lincoln Gustafson & Cercos, LLP
7670 W. Lake Mead Blvd.
Suite 200
Las Vegas, NV 89128
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
E-Mail:  ssplaine@lgclawoffice.com
Attorney for Defendant,
 Genesis Financial Solutions, Inc.
 d/b/a Concora Credit Inc.

## CERTIFICATE OF SERVICE

I certify that on January 18, 2024, a copy of the forgoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/Shannon G. Splaine
Shannon G. Splaine

**IT IS SO ORDERED**

**DATED:** 4:28 pm, January 19, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2