Beth K. Findsen (*pro hac vice*)
Consumer Attorneys
8095 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-6676
E: bfindsen@consumerattorneys.com

Michael Yancey III, NV #16158
Consumer Attorneys
2300 West Sahara Ave. Suite 800
Las Vegas, NV 89102
E: myancey@consumerattorneys.com
T: (480) 573-9272
F: (718) 715-1750

*Attorney for Plaintiff*
*Randall Merrill*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RANDALL MERRILL, <br><br> Plaintiff, <br><br> vs. <br><br> GENESIS FINANCIAL SOLUTIONS, INC. d/b/a CONCORA CREDIT INC., <br><br> Defendant. | **Case No. 2:23-cv-02057-APG-BNW** <br><br> **STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Randall Merrill and Defendant Genesis Financial Solutions, Inc. d/b/a Concora Credit Inc., ("Concora"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Concora.

RESPECTFULLY SUBMITTED,

Date: September 16, 2024

-1-

| | |
|---|---|
| /s/ Beth K. Findsen<br>Beth K. Findsen (*pro hac vice*)<br>Consumer Attorneys<br>8095 N. 85th Way<br>Scottsdale, AZ 85258<br>T: (602) 807-6676<br>E: bfindsen@consumerattoernys.com<br><br>Michael Yancey III, NV #16158<br>Consumer Attorneys<br>2300 West Sahara Ave. Suite 800<br>Las Vegas, NV 89102<br>E: myancey@consumerattorneys.com<br>T: (480) 573-9272<br>F: (718) 715-1750<br><br>Consumer Attorneys<br>8095 N. 85th Way<br>Scottsdale, AZ 85258<br><br>*Attorney for Plaintiff*<br>*Randall Merrill* | /s/ Shannon G. Splaine<br>Shannon G. Splaine, Esq.<br>Nevada Bar No. 8241<br>LINCOLN, GUSTAFSON & CERCOS, LLP<br>ATTORNEYS AT LAW<br>7670 W. Lake Mead Blvd., Suite 200<br>Las Vegas, Nevada 89128<br>Telephone: (702) 257-1997<br>Facsimile: (702) 257-2203<br>ssplaine@lgclawoffice.com<br><br>*Attorneys for Defendant,*<br>*Concora Credit Inc.* |

IT IS SO ORDERED:

Dated: September 17, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/ Marie Tirona